UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:  Man Bui<br>Tammi Bui<br><br>DEBTORS/MOVANTS<br><br>vs.<br><br>Cavalry Portfolio Services, LLC<br>as assignee of Cavalry<br>Investments, LLC as assignee of<br>eCast Settlement Corp. as assignee<br>of Discover Bank<br><br>RESPONDENT | Case No.:  07-21834<br><br>Chapter:  7<br><br>Judge:  REB |

### DEBTORS' MOTION TO AVOID JUDICIAL LIEN

COME NOW, the Debtors in the above-styled action and show to the court the following:

1.

The Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on or about September 7, 2007.

2.

This contested matter is filed by the Debtors under 11 U.S.C. Section 522 (f) to avoid a judicial lien held by Respondent.

3.

The Respondent obtained a judgment against the Debtors prior to their filing the instant case.  The amount of the judgment is approximately $7,510.47.  This judgment impairs property which would otherwise be exempt under 11 USC 522 et seq.

WHEREFORE, Debtors move this court under 11 U.S.C. Section 522(f) to rule that the judicial lien impairing the Debtors' exemptions are void and of no effect, that the Debtors be allowed to remain in possession of and have clear title to all exempt property and for such other relief as this court deems just and proper.

This 11th day of September, 2007.

\_\_\_/s/_____
Carrie Oxendine, Bar No.: 141478
Attorney for Debtors
Berry & Associates
2751 Buford Highway
Suite 400
Atlanta, Georgia  30324

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:   Man Bui
Tammi Bui

DEBTORS/MOVANTS

vs.

Cavalry Portfolio Services, LLC
as assignee of Cavalry
Investments, LLC as assignee of
eCast Settlement Corp. as assignee
of Discover Bank

RESPONDENT

Case No.: 07-21834

Chapter: 7

Judge: REB

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO
AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that a motion to avoid lien on exempt property pursuant to 11 U.S.C. 522 has been filed in the above styled case on or about September 11, 2007.

NOTICE IS FURTHER GIVEN that, pursuant to Local Rule 6008-2 NDGa, the Respondent must file a response to the motion within 20 days after service, exclusive of the day of service, and serve a copy of same on Debtors' Attorney. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

Dated and served this 11th day of September, 2007.

____/s/_____
Carrie Oxendine, Bar No.: 141478

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:  Man Bui<br>Tammi Bui<br><br>DEBTORS/MOVANTS<br><br>vs.<br><br>Cavalry Portfolio Services, LLC<br>as assignee of Cavalry<br>Investments, LLC as assignee of<br>eCast Settlement Corp. as assignee<br>of Discover Bank<br><br>RESPONDENT | Case No.:  07-21834<br><br>Chapter:  7<br><br>Judge:  REB |

## Certificate of Service

The undersigned hereby certifies that the below listed parties have been served with a true and correct copy of the attached pleadings by placing copies of same in a properly addressed envelope with adequate postage thereon and depositing same in the United States Mail.

This 11th day of September, 2007.

__/s/_____
Carrie Oxendine, Bar No.: 141478
Attorney for Debtors
Berry & Associates
2751 Buford Highway
Suite 400
Atlanta, Georgia  30324

Served:

Cavalry Portfolio Services, LLC
as assignee of Cavalry Investments, LLC
as assignee of eCast Settlement Corp.
as assignee of Discover Bank
c/o Sherwin P. Robin

PO Box 9541
Savannah, Georgia 31412

Karen Handel
Secretary of State
Corporations Division
315 West Tower
2 MLK, Jr. Drive
Atlanta, Georgia 30334

Betty A. Nappier
Chapter 13 Trustee
PO Box 1649
Cumming, Georgia  30028-1649

Man Bui
Tammi Bui
337 Timberridge Ct.
Auburn, Georgia  30011