**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Gainesville Division**

In Re:  Debtor(s)

    **Man Bui**

    **Tammi Bui**

Case No.: **07−21834−reb**

Chapter: **7**

### NOTICE TO DEBTOR
### THAT COURSE ON FINANCIAL MANAGEMENT
### IS REQUIRED TO RECEIVE DISCHARGE

    Upon review of the docket in the above−styled case, it appears that Debtor or Debtors (hereinafter "Debtor") has not filed Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) showing that Debtor has completed the personal financial management course or is exempt. Sections 727(a)(11), 1141(d)(3)(C), and 1328(g) of Title 11, U.S.Code, require an individual debtor in a Chapter 7, 11, or 13 case to complete an instructional course on personal financial management after filing the case unless Debtor obtains an order granting an applicable exemption provided by §109(h)(4). **To comply with the course requirement, a debtor must timely file Form 23 with the Clerk's office.** *See* Interim Bankruptcy Rule 1007(b) and (c) and Official Form 23 (10/06). Failure to timely file Form 23 may result in the case being closed without Debtor receiving a discharge.

    A **Chapter 7** debtor must file Form 23 within 45 days after the first date set for the meeting of creditors. **Chapter 11 and 13** debtors must file Form 23 no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed. If Debtor subsequently files a motion to reopen the case in order to file Form 23, Debtor must pay the appropriate fee to reopen the case. **THIS NOTICE WILL BE THE ONLY REMINDER ABOUT THE COURSE REQUIREMENT.**

    This Notice will be served upon the Debtor, counsel for Debtor, and the Trustee.

Dated:   September 10, 2007

**\*\* Mailing Address**
 United States Bankruptcy Court
Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501

_W. Yvonne Evans_
W. Yvonne Evans
Clerk of Court
U.S. Bankruptcy Court

Form 417

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113E-8           User: nicholson           Page 1 of 1           Date Rcvd: Sep 10, 2007
Case: 07-21834                 Form ID: 417              Total Served: 4

The following entities were served by first class mail on Sep 12, 2007.
db           +Man Bui,    337 Timberridge Court,    Auburn, GA 30011-3032
aty          +Carrie L Oxendine,    Berry & Associates,    Suite 400,    2751 Buford Highway,
               Atlanta, GA 30324-5456
tr            Betty A. Nappier,    Law Office of B.A. Nappier,    P. O. Box 1649,    Cumming, GA  30028-1649
jtdb         +Tammi Bui,    337 Timberridge Court,    Auburn, GA 30011-3032

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2007**                             **Signature:** _Joseph Speetjens_