LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 770-643-4176
1-800-275-7171

September 21, 2007

Clerk, United States Bankruptcy Court
121 Spring Street
Room 120
Gainesville, GA  30501

### REQUEST FOR SERVICE OF NOTICES

RE:  Debtor(s)         :  Man Bui
     Case Number       :  07-21834
     Chapter           :  7
     Secured Creditor  :  EMC Mortgage Corporation
     Loan Number       :  0011160199

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   EMC Mortgage Corporation
   c/o McCALLA RAYMER, LLC
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.
                                              Very Truly Yours,

                                              /s/ Michael J. McCormick

                                              Michael J. McCormick, Esquire


cc: Betty Nappier
    Berry L. Oxendine, Esq.


File Number EMC-07-14952 /
Request for Service of Notice