**Certificate Number: 02114-GAN-DE-002601425**
**Bankruptcy Case Number: 0721834**

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 09/29/07, at 10:21 o'clock AM EDT, Man Bui completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District Of Georgia.

**Title:     Bankruptcy Program Director**                                                                                          **Date:  09.29.07**
**By:** /**s/Doug Erickson**

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@ccsinc.org
Website:  www.ccsbankruptcy.org
Tax ID: 58-0942924

1