ENTERED ON DOCKET
10/26/07

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                           :
                                                 :
MAN BUI,                                         :        CASE NO. G07-21834-REB
TAMMI BUI,                                       :
                                                 :
        Debtors.                                 :        Chapter 7
                                                 :
_____                 :
                                                 :
MAN BUI,                                         :
TAMMI BUI,                                       :
                                                 :
        Movants,                                 :
                                                 :
v.                                               :        CONTESTED MATTER
                                                 :
CAVALRY PORTFOLIO SERVICES, LLC :
AS ASSIGNEE OF CAVALRY                           :
INVESTMENTS, LLC AS ASSIGNEE     :        JUDGE BRIZENDINE
OF ECAST SETTLEMENT                              :
CORPORATION AS ASSIGNEE OF       :
DISCOVER BANK,                                   :
                                                 :
                                                 :
        Respondent.                              :

## O R D E R

Before the Court is the Debtors' motion to avoid lien of Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC as assignee of eCast Settlement Corporation as assignee of Discover Bank, as provided by 11 U.S.C. §522(f) and Federal Rule of Bankruptcy Procedure 4003(d). Respondent failed to file a timely response and thus the motion is deemed to be unopposed. See BLR 6008-2, NDGa.

Accordingly, because Respondent, whose lien is sought to be avoided, failed to controvert timely Movants' allegations, it is

ORDERED that the judicial lien held by Respondent Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC as assignee of eCast Settlement Corporation as assignee of Discover Bank upon property of Movants Man Bui and Tammi Bui is AVOIDED to the extent that such lien impairs an exemption to which Movants would have been entitled pursuant to 11 U.S.C. §522(b).

The Clerk is directed to serve copies of this Order upon Movants Man Bui and Tammi Bui, Respondent Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC as assignee of eCast Settlement Corporation as assignee of Discover Bank, their respective counsel, and the Trustee.

IT IS SO ORDERED, at Gainesville, Georgia, this 26th day of October, 2007.

ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE