**Certificate Number: 02114-GAN-DE-002904879**
**Bankruptcy Case Number: 0721834**

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 11/21/07, at 08:59 o'clock AM EST, Tammi Bui completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District Of Georgia.

**Title:** __**Bankruptcy Program Director**__     **Date:** __**11.21.07**__
**By:** /__**s/Doug Erickson**__

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@ccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

1