# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
    **Man Bui**
    337 Timberridge Court
    Auburn, GA 30011

    xxx−xx−7190

    **Tammi Bui**
    337 Timberridge Court
    Auburn, GA 30011

    xxx−xx−5051

Case No.: **07−21834−reb**
Chapter: **7**
Judge: **Robert Brizendine**

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

    It further appears that the trustee in the above−entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

  **ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_(signature)_

Robert Brizendine
United States Bankruptcy Judge

Dated: December 27, 2007

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Case 07-21834-reb    Doc 19    Filed 12/29/07    Entered 12/30/07 01:21:34    Desc Imaged
Certificate of Service    Page 2 of 4

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113E-8               User: nicholson              Page 1 of 2              Date Rcvd: Dec 27, 2007
Case: 07-21834                     Form ID: 182                 Total Served: 63

The following entities were served by first class mail on Dec 29, 2007.
db           +Man Bui,    337 Timberridge Court,    Auburn, GA 30011-3032
aty          +Carrie L Oxendine,    Berry & Associates,    Suite 400,    2751 Buford Highway,
               Atlanta, GA 30324-5456
aty           Michael J. McCormick,    McCalla, Raymer, Padrick, et al,    1544 Old Alabama Road,
               Roswell, GA 30076-2102
aty          +Susan H. Shiptenko,    Law Offices of Matthew T. Berry,    Suite 400,    2751 Buford Highway,
               Atlanta, GA 30324-5456
tr            Betty A. Nappier,    Law Office of B.A. Nappier,    P. O. Box 1649,    Cumming, GA 30028-1649
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
cr           +Citizens Bank,    480 Jefferson Blvd,    RJE135,    Warwick, RI 02886-1359
cr           +EMC Mortgage Corporation,    McCalla, Raymer, et al.,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
cr            Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Ingraham Building,
               Suite 1120,    Miami, FL 33131-1605
jtdb         +Tammi Bui,    337 Timberridge Court,    Auburn, GA 30011-3032
9794976       At&t Credit Manageme,    PO Box 57907,    Attn: Dispute Investigation,    Murray, UT 84157-0907
9794978       Bank Of America,    4060 Ogletown/Stanton Rd,    De5-019-03-07,    Newark, DE 19713
9794977       Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
9794979      +Blair Corporation,    307 Liberty St,    Warren, PA 16366-1000
9794980      +Capital Management Services,    726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
9794983       Citizen’s Bank,    PO Box 42115,    Providence, RI 02940-2115
9794984      +Citizens Bank/il,    1 Citizens Drive,    Riverside, RI 02915-3000
9794987       EMC Mortgage,    PO Box 660530,    Dallas, TX 75266-0530
9794986      +Emc Mortgage,    909 Hidden Rdg #200,    Irving, TX 75038-3826
9794988      +First Consumers Nati,    Spiegal Pre,    9300 SW Gemini,    Beaverton, OR 97008-7120
9794989      +Gemb/american Eagle,    PO Box 981400,    El Paso, TX 79998-1400
9794991      +Gemb/old Navy,    Branch C11A,    P.O. Box 981400,    El Paso, TX 79998-1400
9794992      +Gemb/sam’s Club,    PO Box 981400,    El Paso, TX 79998-1400
9794993      +Gemb/sam’s Club Dc,    PO Box 981416,    El Paso, TX 79998-1416
9794996      +Homecoming Financial,    PO Box 205,    Waterloo, IA 50704-0205
9795000      +Hsbc Kmart Corporati,    1405 Foulk Rd.,    Wilmington, DE 19803-2769
9795001      +Irwin Mortgage Corpo,    9265 Counselors Row,    Indianapolis, IN 46240-6401
9795002       Key Bank Na,    5000 Tiedeman,    Brooklyn, OH 44144
9795003       Labcorp,    PO Box 2240,    Burlington, NC 27216-2240
9795005       Macy’s/dsnb,    911 Duke Blvd,    Mason, OH 45040
9795006      +Midland Mortgage,    3232 W Reno,    Oklahoma City, OK 73107-6130
9795007       Molten Allen & Willi,    3436 Independence Drive,    Homewood, AL 35209-5604
9795008       Monroe HMA Physician Mgmt,    705 Breedlove Drive, Ste 700,    Monroe, GA 30655-2086
9795009      +Mortgage Lenders Net,    213 Court Street,    Middletown, CT 06457-3387
9795010      +Nextcard,    595 Market Street,    Suite 2250,    San Francisco, CA 94105-2861
9795011      +Peoples Bank,    100 S Broad Street,    Winder, GA 30680
9795012      +Providian,    Scott Lowery Law Office,    1422 E. 71st St., Ste B,    Tulsa, OK 74136-5060
9862887       Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9795013       Resurgent Capital Services,    5440 N. Cumberland Ave, Ste 300,    Chicago, IL 60656-1486
9795014      +Reynolds & Robin,    PO Box 9541,    Savannah, GA 31412-9541
9795015       Sam’s Card,    PO Box 960013,    Orlando, FL 32896-0013
9795017       Sears/cbsd,    133200 Smith Rd,    Cleveland, OH 44130
9795019       Tate & Kirlin,    2810 Southampton Road,    Philadelphia, PA 19154-1207
9795020       The Home Depot/cbsd,    Ccs Gray Ops Center,    541 Sid Martin Rd,    Gray, TN 37615
9795021      +United Collection,    5620 Southwick Blvd, Ste 206,    Toledo, OH 43614-1501
9795022      +Washington Mutual,    Capital Management,    726 Exchange Street, Ste 700,    Buffalo, NY 14210-1494
9795023       Washmutual/providian,    PO Box 660509,    Dallas, TX 75266-0509
9795025       Wfnnb/pacific Sunwea,    PO Box 33750,    Tape Reporting,    Northglen, CO 80233-0750
9795027      +Wolpoff & Abramson LLP,    210 Interstate North Pkwy, Ste 700,    Atlanta, GA 30339-2234

The following entities were served by electronic transmission on Dec 27, 2007.
tr            EDI: QBANAPPIER.COM Dec 27 2007 18:32:00      Betty A. Nappier,    Law Office of B.A. Nappier,
               P. O. Box 1649,    Cumming, GA 30028-1649
cr            EDI: RECOVERYCORP.COM Dec 27 2007 18:31:00      Recovery Management Systems Corporation,
               25 S.E. Second Avenue,    Ingraham Building,    Suite 1120,    Miami, FL 33131-1605
9794977       EDI: BANKAMER2.COM Dec 27 2007 18:32:00      Bank of America,    PO Box 15726,
               Wilmington, DE 19886-5726
9794981      +EDI: CHASE.COM Dec 27 2007 18:32:00      Chase Bank Usa, Na,    201 N. Walnut Street,
               Wilmington, DE 19801-2920
9794982       EDI: CHRYSLER.COM Dec 27 2007 18:32:00      Chrysler Financial,    27777 Franklin Rd,
               Southfield, MI 48034-2337
9794985       EDI: DISCOVER.COM Dec 27 2007 18:32:00      Discover Financial S,    PO Box15316,
               Att:Cms/Prod Develop,    Wilmington, DE 19850-5316
9794990      +EDI: RMSC.COM Dec 27 2007 18:32:00      Gemb/jc Penney,    PO Box 981402,    El Paso, TX 79998-1402
9794994      +EDI: RMSC.COM Dec 27 2007 18:32:00      Gemb/walmart,    P.O. Box 981400,    C77W,
               El Paso, TX 79998-1400
9794995      +EDI: WTRWFNNB.COM Dec 27 2007 18:32:00      Goody’s,    PO Box 2987,
               Shawnee Mission, KS 66201-1387
9794999       EDI: HFC.COM Dec 27 2007 18:32:00      HSBC Card Services,    PO Box 5222,
               Carol Stream, IL 60197-5222
9794997      +EDI: HFC.COM Dec 27 2007 18:32:00      Hsbc Bank Nv Fka Hhl,    PO Box 19360,
               Portland, OR 97280-0360
9794998      +EDI: HFC.COM Dec 27 2007 18:32:00      Hsbc Best Buy,    1405 Foulk Road,
               Wilmington, DE 19803-2769
9795004      +EDI: RESURGENT.COM Dec 27 2007 18:31:00      Lvnv Funding Llc,    PO Box 10584,
               Greenville, SC 29603-0584
9862887       EDI: RECOVERYCORP.COM Dec 27 2007 18:31:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 113E-8           User: nicholson              Page 2 of 2               Date Rcvd: Dec 27, 2007
Case: 07-21834                 Form ID: 182                 Total Served: 63

The following entities were served by electronic transmission (continued)
9795016        EDI: RMSC.COM Dec 27 2007 18:32:00      Sam's Club,   PO Box 530942,    Atlanta, GA 30353-0942
9795018        EDI: WTRRNBANK.COM Dec 27 2007 18:32:00     Target National Bank,   Mail Stop 2Bd,   P O Box 9475,
                Minneapolis, MN  55440-9475
9795024        EDI: WTRWFNNB.COM Dec 27 2007 18:32:00      Wfn Roamans,   PO Box 182121,
                Columbus, OH  43218-2121
9795026        EDI: WTRWFNNB.COM Dec 27 2007 18:32:00      Wfnnb/peebles,   PO Box 64,
                Jacksonville, TX  75766-0064
                                                                                                   TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2007**            **Signature:** _Joseph Speetjens_